UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------------------------X

AMERICAN MOTORIST INSURANCE COMPANY d/b/a KEMPER INSURANCE,

Plaintiff,

-against-

GEEG HOLDINGS, LLC, GLOBAL ENERGY EQUIPMENT GROUP, and DELTAK, LLC

Defendants.

---------------------------------------------------------X

Court File No. 02 CV 229

**VOLUNTARY DISMISSAL WITH PREJUDICE**

The above-entitled action, including any and all claims interposed by or between the parties, - and -, having been fully compromised and settled:

Plaintiff voluntarily agrees to dismiss their Complaint with prejudice, and without costs or disbursements to any party.

IT IS FURTHER REQUESTED, that without further notice, the Clerk of U. S. District Court of the above-named Court may enter a judgment of dismissal with prejudice and upon the merits and without costs and disbursements to any of the parties hereto.

FITCH, JOHNSON, LARSON, WALSH & HELD, P.A.

Dated: February 12, 2002.

By: ______________________________

Michael D. Carr, #166716
ATTORNEYS FOR PLAINTIFF
100 Washington Square, Suite 648
100 Washington Avenue South
Minneapolis, MN 55401-2138
(612) 332-1023; FAX: (612) 332-3173

FEB 2 0 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 2 0 2002
DEPUTY CLERK ______

ORDER

IT IS HEREBY ORDERED that judgment be entered in accordance with the foregoing Voluntary Dismissal. The clerk is directed to enter judgment of dismissal forthwith.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 2/19/02

Ann D. Montgomery
Judge of District Court